**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>E. CLIFFORD DURRELL & SON INC.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 95-16856 SR<br><br>HONORABLE STEPHEN RASLAVICH |

**UNITED STATES TRUSTEE'S STATEMENT OF REVIEW**

The U. S. Trustee has reviewed the Final Account (TDR), Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close. The United States Trustee is not a guarantor or insurer of the work performed by the case trustee.

ROBERTA D'ANGELIS
Acting United States Trustee
Region 3
District of Pennsylvania

By: _____

Dated: __8/10/04__

Copy to: GLORIA M. SATRIALE, Trustee

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>E. CLIFFORD DURRELL & SON INC.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 95-16856 SR<br><br>HONORABLE STEPHEN RASLAVICH |

**TRUSTEE'S FINAL REPORT OF ASSET CASE AND ORDER APPROVING TRUSTEE'S FINAL REPORT, DISCHARGING TRUSTEE AND CLOSING CASE**

1. That all assets of the estate have been liquidated and that all moneys coming into my possession as Trustee have been disbursed.

2. That your Trustee has performed all of the duties required by him in administration of the Debtor's estate and desires to be discharged and relieved of any trust.

3. That your Trustee be permitted to destroy the bankrupt's books and records after ten days notice to the bankrupt or his counsel.

4. That the amount deposited with the Clerk as the fees of Trustee on filing the petition in this case be paid in the amount stated. $9,935.01

Dated:    8/10/04

/S/
GLORIA M. SATRIALE, Trustee
1 McKINLEY LANE
CHESTER SPRINGS, PA  19425
Telephone # (610) 827-4038

**ORDER**

AND NOW, this May 14, 2004, it appearing that the trustee has filed his report and has performed all the duties required by him in the administration of the Debtor(s) estate;  It is ORDERED that the report be and is hereby approved; that the Trustee be discharged and relieved of any trust;  and that this case be, and the same is hereby closed.

Dated:

STEPHEN RASLAVICH
BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>E. CLIFFORD DURRELL & SON INC.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 95-16856 SR<br><br>HONORABLE STEPHEN RASLAVICH |

**TRUSTEE'S CERTIFICATION OF COMPLETION OF
ESTATE ADMINISTRATION AND APPLICATION FOR DISCHARGE**

The undersigned trustee (the "Trustee") certifies as follows in connection with the administration of the bankruptcy estate in the above referenced case (the "Estate"):

a.  All money of the Estate has been distributed to creditors in accordance with the Order of Distribution previously entered in this case;

b.  Any unclaimed funds and small dividends have been fully administered pursuant to Section 347 of the Bankruptcy Code;

c.  Statements for all Estate deposit or investment accounts are attached hereto and indicate zero balances;

d.  All original canceled checks relating to all distributions of Estate money are attached hereto; and

e.  The Estate has been fully and properly administered, and the Trustee has performed all the duties of a trustee in connection with the administration of the Estate pursuant to Section 704 of the Bankruptcy Code.

WHEREFORE, the Trustee requests that he or she be discharged and that the above referenced case be closed.

Respectfully Submitted,

Dated:    8/10/04            By:      /S/
                                    GLORIA M. SATRIALE, Trustee

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>E. CLIFFORD DURRELL & SON INC.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 95-16856 SR<br><br>HONORABLE STEPHEN RASLAVICH |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

BALANCE ON HAND as reported in Interim Financial
Summary Report: $ 152,701.67
Additional Income _____: $ 0.00
                 (specify)

TOTAL FUNDS AVAILABLE FOR DISTRIBUTION: $ 152,701.67

FUNDS AVAILABLE WERE DISTRIBUTED BY THE TRUSTEE AS FOLLOWS:

| | |
|---|---:|
| Trustee Compensation | $ 9,935.01 |
| Attorney for Trustee - Fee | $ 0.00 |
| Outside Counsel - Fee | $ 0.00 |
| Other Professionals - Fee | $ 0.00 |
| Debtor's Counsel | $ 0.00 |
| All Other Expenses of Trustee | $ 347.95 |
|    (including professional's costs and court costs) | $ 355.50 |
| | |
| Secured Creditors | $ 0.00 |
| Priority Creditors | $ 17,698.11 |
| Unsecured Creditors | $ 116,319.30 |
| Equity payments, except payments to debtors | $ 0.00 |
| | |
| Payments to Debtors | $ 0.00 |
| | |
| Payments into the Registry for Unclaimed<br>and Undistributed Dividends | $ 8,045.80 |
| | |
| TOTAL DISBURSEMENTS: | $ 152.701.67 |

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 95-16856 SR  
**Case Name:** E. CLIFFORD DURRELL & SON INC.

**Trustee:** (580460)   GLORIA M. SATRIALE  
**Filed (f) or Converted (c):** 09/05/95 (f)  
**§341(a) Meeting Date:** 03/21/96

**Period Ending:** 05/14/04

**Claims Bar Date:** 03/27/96

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | BANK ACCOUNTS | 1,456.00 | 0.00 | DA | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>   Asset includes two separate receivables:<br>1. Durell Builders which has previously settled for $30,000.<br>2. Adversary number 97-1067 for collection of the Princeton Theological Seminary settled and approved by the Court. | 2,283,011.00 | 230,000.00 | | 150,000.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES | 20,127.00 | 0.00 | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 18,716.00 | 0.00 | DA | 0.00 | FA |
| 6 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 151,984.00 | 0.00 | DA | 0.00 | FA |
| 7 | OTHER PER PROP OF ANY KIND NOT ALREADY LISTED<br>   COSTS AND ESTIMATED EARNINGS IN EXCESS OF BILLINGS ON UNCOMPLETED CONTRACTS | 43,195.00 | 0.00 | DA | 0.00 | FA |
| 8 | COURT ORDERED SANCTIONS  (u)<br>   Court imposed sanctions for repeated failure to comply with discovery requests to defray costs incurred by the estate to prosecute Motions to Compel | 0.00 | 500.00 | | 500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2,296.52 | FA |

Printed: 08/11/2004 04:53 PM    V.6.24

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 95-16856 SR  
**Case Name:** E. CLIFFORD DURRELL & SON INC.  

**Period Ending:** 05/14/04

**Trustee:** (580460)  GLORIA M. SATRIALE  
**Filed (f) or Converted (c):** 09/05/95 (f)  
**§341(a) Meeting Date:** 03/21/96  
**Claims Bar Date:** 03/27/96

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | **Assets** **Totals** (Excluding unknown values) | $2,518,489.00 | $230,500.00 | | $152,796.52 | $0.00 |

**Major Activities Affecting Case Closing:**

TDR filed.

**Initial Projected Date Of Final Report (TFR):** December 30, 1999          **Current Projected Date Of Final Report (TFR):** March 13, 2003  (Actual)

Printed: 08/11/2004 04:53 PM          V.6.24

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-7281755-19 - Time Deposit Account |
| Taxpayer ID #: | 23-1300958 | | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 05/14/04 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/01 | | FUNDING ACCOUNT: 312728175565 | TRANSFER FROM MM TO OPEN CD | 9999-000 | 32,307.36 | | 32,307.36 |
| 12/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.3700% | 1270-000 | 38.83 | | 32,346.19 |
| 01/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.3700% | 1270-000 | 37.65 | | 32,383.84 |
| 02/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.3700% | 1270-000 | 34.06 | | 32,417.90 |
| 03/04/02 | | TRANSFER FUNDS FROM MM TO CD | TRANSFER FUNDS FROM MM TO CD | 9999-000 | 27.64 | | 32,445.54 |
| 03/28/02 | | TRANSFER FUNDS FOR BOND PAYMENT | TRANSFER FUNDS FOR BOND PAYMENT | 9999-000 | | 17.34 | 32,428.20 |
| 03/29/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 30.80 | | 32,459.00 |
| 04/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 28.82 | | 32,487.82 |
| 05/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 28.85 | | 32,516.67 |
| 06/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 31.94 | | 32,548.61 |
| 07/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 29.87 | | 32,578.48 |
| 08/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0800% | 1270-000 | 27.96 | | 32,606.44 |
| 09/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at  1.0000% | 1270-000 | 28.60 | | 32,635.04 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at  1.0000% | 1270-000 | 27.73 | | 32,662.77 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at  1.0000% | 1270-000 | 25.06 | | 32,687.83 |
| 12/06/02 | | To Account #312728175566 | TRANSFER FUNDS TO PREPARE FOR TFR | 9999-000 | | 32,687.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **32,705.17** | **32,705.17** | **$0.00** |
| | | | Less: Bank Transfers | | 32,335.00 | 32,705.17 | |
| | | | **Subtotal** | | **370.17** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$370.17** | **$0.00** | |

{} Asset reference(s)                                                                                                                                  Printed: 08/11/2004 04:53 PM        V.6.24

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 95-16856 SR  
**Case Name:** E. CLIFFORD DURRELL & SON INC.  
**Taxpayer ID #:** 23-1300958  
**Period Ending:** 05/14/04  

**Trustee:** GLORIA M. SATRIALE (580460)  
**Bank Name:** JPMORGAN CHASE BANK  
**Account:** 312-7281755-65 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $1,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/98 | {8} | EDWARD B. JOSEPH | SANCTIONS PER COURT ORDER ADV. # 97-1068 | 1249-000 | 250.00 | | 250.00 |
| 08/24/98 | {8} | DURELL BUILDERS/CONSTRUCTION MANAGERS, INC. | SANCTIONS PER COURT ORDER FOR ADV. # 97-1068 | 1249-000 | 250.00 | | 500.00 |
| 08/31/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.23% | 1270-000 | 0.14 | | 500.14 |
| 09/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.23% | 1270-000 | 0.92 | | 501.06 |
| 10/08/98 | {3} | DURELL BUILDERS/CONSTRUCTION MANAGERS, INC. | PAYMENT OF SETTLEMENT DUE UNDER STIPULATION SETTLING ADV. #97-1068 | 1149-000 | 30,000.00 | | 30,501.06 |
| 10/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 29.82 | | 30,530.88 |
| 11/30/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 50.23 | | 30,581.11 |
| 12/31/98 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 51.99 | | 30,633.10 |
| 01/16/99 | 101 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/1999 FOR CASE #95-16856 | 2300-000 | | 16.19 | 30,616.91 |
| 01/29/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 52.07 | | 30,668.98 |
| 02/26/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0% | 1270-000 | 47.09 | | 30,716.07 |
| 03/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 52.22 | | 30,768.29 |
| 04/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 50.62 | | 30,818.91 |
| 05/28/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 52.39 | | 30,871.30 |
| 06/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 50.03 | | 30,921.33 |
| 07/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 49.94 | | 30,971.27 |
| 08/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 50.02 | | 31,021.29 |
| 09/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.9000% | 1270-000 | 48.48 | | 31,069.77 |

**Subtotals:** $31,085.96   $16.19

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | Bank Name: | JPMORGAN CHASE BANK |
| | | Account: | 312-7281755-65 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | 23-1300958 | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 05/14/04 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 51.28 | | 31,121.05 |
| 11/30/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 51.20 | | 31,172.25 |
| 12/30/99 | 102 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/1999 FOR CASE #95-16856  - VOID AS INCORECTLLY POSTED<br>Voided on 12/31/99 | 2300-000 | | 17.35 | 31,154.90 |
| 12/30/99 | 103 | INTERNATIONAL SURITIES | duplicate posting of bond payment<br>Voided on 12/30/99 | 2300-000 | | ! 17.35 | 31,137.55 |
| 12/30/99 | 103 | INTERNATIONAL SURITIES | duplicate posting of bond payment<br>Voided: check issued on 12/30/99 | 2300-000 | | ! -17.35 | 31,154.90 |
| 12/30/99 | 104 | INTERNATIONAL SURITIES | duplicate posting of bond payment<br>Voided on 12/30/99 | 2300-000 | | ! 17.35 | 31,137.55 |
| 12/30/99 | 104 | INTERNATIONAL SURITIES | duplicate posting of bond payment<br>Voided: check issued on 12/30/99 | 2300-000 | | ! -17.35 | 31,154.90 |
| 12/31/99 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 52.99 | | 31,207.89 |
| 12/31/99 | 102 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/1999 FOR CASE #95-16856  - VOID AS INCORECTLLY POSTED<br>Voided: check issued on 12/30/99 | 2300-000 | | -17.35 | 31,225.24 |
| 01/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 52.94 | | 31,278.18 |
| 02/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 49.60 | | 31,327.78 |
| 03/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1000% | 1270-000 | 53.11 | | 31,380.89 |
| 04/03/00 | 105 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 15.92 | 31,364.97 |

Subtotals :   $311.12   $15.92

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 08/11/2004 04:53 PM    V.6.24

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | Bank Name: | JPMORGAN CHASE BANK |
| | | Account: | 312-7281755-65 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | 23-1300958 | Blanket Bond: | $1,000,000.00   (per case limit) |
| Period Ending: | 05/14/04 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 04/03/2000 FOR CASE #95-16856 | | | | |
| 04/28/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.2000% | 1270-000 | 54.90 | | 31,419.87 |
| 05/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 58.77 | | 31,478.64 |
| 06/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 59.40 | | 31,538.04 |
| 07/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 61.50 | | 31,599.54 |
| 08/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 61.62 | | 31,661.16 |
| 09/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 59.74 | | 31,720.90 |
| 10/31/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 61.85 | | 31,782.75 |
| 11/30/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.3000% | 1270-000 | 59.97 | | 31,842.72 |
| 12/29/00 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.1500% | 1270-000 | 59.48 | | 31,902.20 |
| 01/29/01 | 106 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2001 FOR CASE #95-16856, for period 1/01 to 1/02 | 2300-000 | | 22.26 | 31,879.94 |
| 01/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 2.0000% | 1270-000 | 55.29 | | 31,935.23 |
| 02/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.8000% | 1270-000 | 45.01 | | 31,980.24 |
| 03/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.7000% | 1270-000 | 46.65 | | 32,026.89 |
| 04/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 44.17 | | 32,071.06 |
| 05/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 43.61 | | 32,114.67 |
| 06/29/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 40.59 | | 32,155.26 |
| 07/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 40.99 | | 32,196.25 |
| 08/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 41.04 | | 32,237.29 |
| 09/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.3000% | 1270-000 | 37.47 | | 32,274.76 |
| 10/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.1500% | 1270-000 | 32.60 | | 32,307.36 |

Subtotals :   $964.65   $22.26

{} Asset reference(s)

Printed: 08/11/2004 04:53 PM   V.6.24

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 95-16856 SR  
**Case Name:** E. CLIFFORD DURRELL & SON INC.

**Taxpayer ID #:** 23-1300958  
**Period Ending:** 05/14/04

**Trustee:** GLORIA M. SATRIALE (580460)  
**Bank Name:** JPMORGAN CHASE BANK  
**Account:** 312-7281755-65 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 27.58 | | 32,334.94 |
| 11/30/01 | | ACCOUNT FUNDED: 312728175519 | TRANSFER FROM MM TO OPEN CD | 9999-000 | | 32,307.36 | 27.58 |
| 12/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 0.02 | | 27.60 |
| 01/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.9500% | 1270-000 | 0.02 | | 27.62 |
| 02/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 0.02 | | 27.64 |
| 03/04/02 | | TRANSFER FUNDS TO CD | TRANSFER FUNDS TO CD | 9999-000 | | 27.64 | 0.00 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 10.01 | | 10.01 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 11.94 | | 21.95 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 10.79 | | 32.74 |
| 03/13/03 | Int | JPMORGAN CHASE BANK | Current Interest Rate is 0.4300% | 1270-000 | 4.24 | | 36.98 |
| 03/13/03 | | To Account #312728175566 | CLOSE ACCOUNT FOR TFR SUBMISSION | 9999-000 | | 36.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **32,426.35** | **32,426.35** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 32,371.98 | |
| | | | **Subtotal** | | **32,426.35** | **54.37** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,426.35** | **$54.37** | |

{} Asset reference(s)

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-7281755-66 - CHECKING ACCOUNT |
| Taxpayer ID #: | 23-1300958 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 05/14/04 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/02 | | TRANSFER FUNDS FOR BOND PAYMENT | TRANSFER FUNDS FOR BOND PAYMENT | 9999-000 | 17.34 | | 17.34 |
| 03/28/02 | 101 | INTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/28/2002 FOR CASE #95-16856, PAYMENT FOR BOND | 2300-000 | | 17.34 | 0.00 |
| 12/06/02 | | From Account #312728175519 | TRANSFER FUNDS TO PREPARE FOR TFR | 9999-000 | 32,687.83 | | 32,687.83 |
| 01/30/03 | {3} | Merrill Lynch | Payment in accordance w/Stip of Settlmnt para 4(c) as per Order 12/30/02 | 1149-000 | 20,000.00 | | 52,687.83 |
| 01/30/03 | {3} | PRINCETON THEOLOGICAL SEMINARY | Payment for Adv Case 97-1067 as per Stip of Settlement | 1149-000 | 100,000.00 | | 152,687.83 |
| 01/30/03 | 102 | NINTERNATIONAL SURITIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/30/2003 FOR CASE #95-16856 | 2300-000 | | 23.14 | 152,664.69 |
| 03/13/03 | | From Account #312728175565 | CLOSE ACCOUNT FOR TFR SUBMISSION | 9999-000 | 36.98 | | 152,701.67 |
| 07/10/03 | 103 | GLORIA M. SATRIALE | Dividend paid 100.00% on $9,935.01, Trustee Compensation;  Reference: | 2100-000 | | 9,935.01 | 142,766.66 |
| 07/10/03 | 104 | GLORIA M. SATRIALE | Dividend paid 100.00% on $347.95, Trustee Expenses;  Reference: | 2200-000 | | 347.95 | 142,418.71 |
| 07/10/03 | 105 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $355.50, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 355.50 | 142,063.21 |
| 07/10/03 | 106 | DEPARTMENT OF LABOR & INDUSTRY | Dividend paid 100.00% on $16,737.11; Claim# 2; Filed: $16,737.11 | 5800-000 | | 16,737.11 | 125,326.10 |
| 07/10/03 | 107 | DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE | Dividend paid 100.00% on $961.00;  Claim# 3B; Filed: $961.00 | 5800-000 | | 961.00 | 124,365.10 |

Subtotals :   $152,742.15   $28,377.05

{} Asset reference(s)

Printed: 08/11/2004 04:53 PM    V.6.24

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-7281755-66 - CHECKING ACCOUNT |
| Taxpayer ID #: | 23-1300958 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 05/14/04 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/10/03 | 108 | Reliance Insurance Co | Dividend paid 10.39% on $33,159.00; Claim# 1; Filed: $33,159.00 Stopped on 01/03/04 | 7100-000 | | 3,446.43 | 120,918.67 |
| 07/10/03 | 109 | DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE | Dividend paid 10.39% on $154.00; Claim# 3A; Filed: $154.00 | 7100-000 | | 16.00 | 120,902.67 |
| 07/10/03 | 110 | Sabatino Architects | Dividend paid 10.39% on $8,404.00; Claim# 4; Filed: $8,404.00 | 7100-000 | | 873.48 | 120,029.19 |
| 07/10/03 | 111 | Holy Redeemer Hospital and Medical Center | Dividend paid 10.39% on $424,576.00; Claim# 5; Filed: $424,576.00 | 7100-000 | | 44,128.88 | 75,900.31 |
| 07/10/03 | 112 | Buttonwood Company | Dividend paid 10.39% on $19,609.40; Claim# 6; Filed: $19,609.40 | 7100-000 | | 2,038.13 | 73,862.18 |
| 07/10/03 | 113 | Economy Decorators inc | Dividend paid 10.39% on $20,081.50; Claim# 7; Filed: $20,081.50 | 7100-000 | | 2,087.20 | 71,774.98 |
| 07/10/03 | 114 | Herman Goldner Co Inc | Dividend paid 10.39% on $70,001.78; Claim# 8; Filed: $70,001.78 | 7100-000 | | 7,275.73 | 64,499.25 |
| 07/10/03 | 115 | Stolarik Donahue Assoc | Dividend paid 10.39% on $206,831.00; Claim# 10; Filed: $206,831.00 | 7100-000 | | 21,497.26 | 43,001.99 |
| 07/10/03 | 116 | Alexander Woodworking Company | Dividend paid 10.39% on $44,251.84; Claim# 12; Filed: $44,251.84 Stopped on 01/03/04 | 7100-000 | | 4,599.37 | 38,402.62 |
| 07/10/03 | 117 | Alliance Electric | Dividend paid 10.39% on $62,592.91; Claim# 13; Filed: $62,592.91 | 7100-000 | | 6,505.68 | 31,896.94 |
| 07/10/03 | 118 | Boyertown Planing Mill Company | Dividend paid 10.39% on $225,518.46; Claim# 15; Filed: $225,518.46 | 7100-000 | | 23,439.56 | 8,457.38 |
| 07/10/03 | 119 | Gerngross Corp | Dividend paid 10.39% on $44,991.73; Claim# 16; Filed: $44,991.73 | 7100-000 | | 4,676.28 | 3,781.10 |
| | | | **Subtotals :** | | **$0.00** | **$120,584.00** | |

{} Asset reference(s)

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 95-16856 SR | | Trustee: | GLORIA M. SATRIALE (580460) |
|---|---|---|---|---|
| Case Name: | E. CLIFFORD DURRELL & SON INC. | | Bank Name: | JPMORGAN CHASE BANK |
| | | | Account: | 312-7281755-66 - CHECKING ACCOUNT |
| Taxpayer ID #: | 23-1300958 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 05/14/04 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 120 | Grail Corporation | Dividend paid 10.39% on $36,379.00; Claim# 17; Filed: $36,379.00 | 7100-000 | | 3,781.10 | 0.00 |
| 01/03/04 | 108 | Reliance Insurance Co | Dividend paid 10.39% on $33,159.00; Claim# 1; Filed: $33,159.00<br>Stopped: check issued on 07/10/03 | 7100-000 | | -3,446.43 | 3,446.43 |
| 01/03/04 | 116 | Alexander Woodworking Company | Dividend paid 10.39% on $44,251.84; Claim# 12; Filed: $44,251.84<br>Stopped: check issued on 07/10/03 | 7100-000 | | -4,599.37 | 8,045.80 |
| 01/03/04 | 121 | CLERK, U.S. BANKRUPTCY COURT | PAY FUNDS INTO REGISTRY CKS # 108 & 116 | | | 8,045.80 | 0.00 |
| | | | PAY UNCLAIMED        3,446.43<br>FUNDS INTO<br>REGISTRY | 7100-001 | | | 0.00 |
| | | | PAY UNCLAIMED        4,599.37<br>FUNDS INTO<br>REGISTRY | 7100-001 | | | 0.00 |

|  |  | ACCOUNT TOTALS | 152,742.15 | 152,742.15 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 32,742.15 | 0.00 | |
| | | Subtotal | 120,000.00 | 152,742.15 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$120,000.00** | **$152,742.15** | |

{} Asset reference(s)                                                                                      Printed: 08/11/2004 04:53 PM     V.6.24

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 95-16856 SR  
**Case Name:** E. CLIFFORD DURRELL & SON INC.  

**Taxpayer ID #:** 23-1300958  
**Period Ending:** 05/14/04  

**Trustee:** GLORIA M. SATRIALE (580460)  
**Bank Name:** JPMORGAN CHASE BANK  
**Account:** 312-7281755-66 - CHECKING ACCOUNT  
**Blanket Bond:** $1,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  152,796.52  
Net Estate :  $152,796.52

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # 312-7281755-19 | 370.17 | 0.00 | 0.00 |
| MMA # 312-7281755-65 | 32,426.35 | 54.37 | 0.00 |
| Checking # 312-7281755-66 | 120,000.00 | 152,742.15 | 0.00 |
|  | **$152,796.52** | **$152,796.52** | **$0.00** |

{} Asset reference(s)

Printed: 08/11/2004 04:53 PM    V.6.24